(132 So. 911)

## Watt CAMPBELL v. STATE.
2 Div. 452.

Court of Appeals of Alabama.
March 24, 1931.

BRICKEN, P. J.
Appeal dismissed.

(134 So. 917)

## Tom CARGLE v. STATE.
6 Div. 983.

Court of Appeals of Alabama.
May 5, 1931.

RICE, J.
Affirmed.

(129 So. 923)

## Tom CARLTON v. STATE.
8 Div. 59.

Court of Appeals of Alabama.
June 30, 1930.

RICE, J.
Affirmed.

(130 So. 919)

## John CARMICHAEL v. STATE.
4 Div. 720.

Court of Appeals of Alabama.
Nov. 11, 1930.

SAMFORD, J.
Appeal dismissed.

(133 So. 922)

## Greenberry CARNLEY v. STATE.
4 Div. 782.

Court of Appeals of Alabama.
April 7, 1931.

BRICKEN, P. J.
Appeal dismissed.

(137 So. 917)

## Buster CARTER v. STATE.
2 Div. 482.

Court of Appeals of Alabama.
Nov. 3, 1931.

RICE, J.
Affirmed.

(130 So. 919)

## Henry CARTER v. STATE.
4 Div. 686.

Court of Appeals of Alabama.
Nov. 11, 1930.

RICE, J.
Appeal dismissed.

(133 So. 923)

## Mary CARTER v. STATE.
I Div. 999.

Court of Appeals of Alabama.
April 14, 1931.

SAMFORD, J.
Affirmed.